1 **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
3 Los Angeles, CA 90004
Telephone: (213) 252-8008
4 Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

5 Attorneys for Plaintiff, VICTOR AGUIRRE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| VICTOR AGUIRRE, | Case No.: 8:20-cv-01944 CJC (ADSx) |
| --- | --- |
| Plaintiff, | Assigned to Hon. Cormac J. Carney |
| vs. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| PAVANPUTRA LLC; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff VICTOR AGUIRRE ("Plaintiff") and Defendant PAVANPUTRA LLC (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

                              Respectfully submitted,

DATED:  March 05, 2021      SO. CAL. EQUAL ACCESS GROUP

                          By: */s/        Jason J. Kim*
                              Jason J. Kim
                              Attorneys for Plaintiff

Dated: March 05, 2021      **Law Office of Sunil A. Brahmbhatt**
                              **A Professional Law Corporation**

                          By: _____*/s/ Sunil A. Brahmbhatt*_____
                          Sunil A. Brahmbhatt, Esq.
                          Attorney for Defendant
                          PAVANPUTRA LLC

<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 05, 2021      By: */s/ Jason J. Kim*
                              Jason J. Kim